1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Branch Chief, Fresno Office
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:24-CR-00055-JLT-SKO-25 |
|---|---|---|
| *Plaintiff,* | ) | |
| vs. | ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| JESUS MARIN, | ) | |
| *Defendant,* | ) | |

Defendant Jesus Marin, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel. Our office has a conflict.

On March 2024, an Indictment was issued in the above captioned case. Mr. Marin had an initial appearance on the allegations in the Central District of California on April 18, 2024, where the court appointed counsel to represent him and ordered him released on conditions. Mr. Marin is scheduled for an initial appearance in the Eastern District of California on the pending Indictment, counsel is needed to facilitate his appearance on April 29, 2024.

///

///

///

Mr. Marin submits the Financial Affidavit as evidence of his inability to retain counsel. Therefore, after reviewing his Financial Affidavit it is respectfully recommended that CJA panel counsel Richard Beshwate, Jr. be promptly appointed *nunc pro tunc* as of April 23, 2024.

DATED: April 23, 2024              */s/ Eric V. Kersten*
                                                   ERIC V. KERSTEN
                                                   Assistant Federal Defender
                                                   Branch Chief, Fresno Office

## **O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA panel counsel Richard Beshwate, Jr. be promptly appointed *nunc pro tunc* as of April 23, 2024, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **April 23, 2024**                    /s/ *Barbara A. McAuliffe*
                                                                         UNITED STATES MAGISTRATE JUDGE