# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JESUS MARIN,<br><br>          Defendant. | Case No.  1:15-cr-00325-LJO-SKO<br><br>ORDER RE PRETRIAL RELEASE VIOLATION<br><br>(ECF No. 34) |

On August 21, 2024, a pretrial release violation petition was filed as to Defendant Jesus Marin.  (ECF No. 381.)  On August 22, 2024, Defendant made an initial appearance on the pretrial release violation petition.  Counsel Antonio Pataca appeared for the Government and counsel Richard Beshwate appeared for Defendant.  Defendant admitted the pretrial release violation and his conditions of release were modified pursuant to 18 U.S.C. §§ 3148 and 3142.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendant shall report to the WestCare Program in Fresno, California on Monday, August 26, 2024, at 9:00 a.m.;

2. All other conditions of pretrial release remain in full force and effect; and

3. Defendant is advised that any future violation of his conditions of release, no matter how slight, will result in a petition for violation of pretrial release.

IT IS SO ORDERED.

Dated:   **August 22, 2024**

UNITED STATES MAGISTRATE JUDGE

1