ERIC GRANT
United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JESUS MARIN,<br><br>            Defendant. | CASE NO. 1:24-CR-00055-JLT-SKO<br><br>STIPULATION VACATING TRIAL DATE AND SETTING CHANGE OF PLEA HEARING |

**STIPULATION**

1. By previous order, this matter was set for trial on February 3, 2026.

2. By this stipulation, defendant now moves to vacate the trial date as to him only and set a change of plea hearing on January 26, 2026.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated: January 6, 2026 | ERIC GRANT<br>United States Attorney |
| | |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| | |
| Dated: January 6, 2026 | /s/ RICHARD BESHWATE<br>RICHARD BESHWATE<br>Counsel for Defendant<br>JESUS MARIN |

**ORDER**

IT IS SO ORDERED.

Dated:  **January 7, 2026**              _____
UNITED STATES DISTRICT JUDGE

2