RICHARD BESHWATE, SBN  179782
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

    v.

JESUS MARIN,

     Defendant.

**Case No. 1:24-CR-00055-JLT-SKO**

STIPULATION AND PROPOSED ORDER TO  REMOVE LOCATION MONITORING

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, through Assistant United States Attorney Antonio Pataca, and defendant Jesus Marin, through counsel Richard Beshwate, subject to the approval of the Court, as follows:

Defendant Jesus Marin is currently subject to location monitoring as a condition of pretrial release.

Pretrial Services Officer Frank Guerrero has recommended that the location monitoring device be removed.

Based on that recommendation, and after conferring, the parties agree and stipulate that continued location monitoring is

no longer necessary to reasonably assure the defendant's appearance or the safety of the community.

The parties therefore jointly request that the Court order the removal of the location monitoring device and modify the conditions of release accordingly, with all other previously imposed conditions remaining in full force and effect.

Dated: January 28, 2026

Respectfully submitted,

\s\ Richard A. Beshwate
RICHARD BESHWATE
Attorney for Defendant,
RANDALL MCBRIDE

Dated: January 28, 2026

Respectfully submitted,

\s\Antonio Pataca
Antonio Pataca
Assistant U.S. Attorney

## ORDER

Good cause appearing and based on the stipulation of the parties and the recommendation of Pretrial Services Officer Frank Guerrero, IT IS HEREBY ORDERED that the location monitoring condition previously imposed on defendant Jesus Marin is VACATED, and Pretrial Services is authorized to remove the monitoring device forthwith. All other conditions of release remain unchanged.

**IT IS SO ORDERED.**

Dated: January 28, 2026

Hon. Jennifer L. Thurston
US District Court Judge